Shirley V. CASTLE v. SHER-BURNE CORPORATION, No. 275-79

October 29, 1979. Let the mandate issue forthwith.

Hill, J.

TRUSTEES OF VERMONT WILD LAND FOUNDATION v. TOWN OF PITTSFORD, Town School District of Pittsford, and Village of Pittsford, No. 342-78

October 31, 1979. Motion to enlarge time for filing bill of costs granted. Clerk shall enter the bill of costs.

Marilyn MURPHY, et al. v. DE-PARTMENT OF EMPLOYMENT SECURITY, No. 288-79

October 31, 1979. The motion of Vermont School Boards Association Insurance Trust, Inc., for reargument is denied as not timely filed. V.R.A.P. 40.

Robert Michael MONTGOMERY, by his Guardian Karen Montgomery, and Karen Montgomery v. Robert Warren WATTS, No. 216-78

November 5, 1979. Appeal dismissed for failure to comply with the order dated October 3, 1979.

Ralph J. GUILLETTE v. DE-PARTMENT OF EMPLOYMENT SECURITY, No. 270-78

November 5, 1979. Appeal dismissed for failure to comply with the order dated October 3, 1979.

Lloyd LaFRANCE, Sr. v. DE-PARTMENT OF EMPLOYMENT SECURITY, No. 287-78

November 5, 1979. Appeal dismissed for failure to comply with the order dated October 3, 1979.

STATE of Vermont v. Henry C. HASTINGS, No. 401-79

November 5, 1979. The motion of appellant, Henry Hastings, for leave to appear at argument of this bail appeal is denied.

MOBIL OIL CORPORATION v. Norman W. PRIVE, No. 297-78

November 7, 1979. Plaintiff's motion for allowance of costs is denied.